**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | LARRAINE D. ALLEN |
| Debtor 2 (Spouse, if filing) | |

United States Bankruptcy Court for the: WESTERN District of PENNSYLVANIA
(State)

Case number   13-24461

# Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1:   Mortgage Information

**Name of creditor:**   US Bank Trust, N.A., as Trustee of the SCIG Series III Trust

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account:   8893

**Property address:**   208 EMROSE DRIVE
Number      Street

PITTSBURGH, PENNSYLVANIA 15235

City                              State      ZIP Code

## Part 2:   Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

$ _____

## Part 3:   Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.   Total postpetition ongoing payments due:

(a) $ 4,130.60

b.   Total fees, charges, expenses, escrow, and costs outstanding:

+ (b) $715.76-

c.   **Total**. Add lines a and b.

(c) $ 3,414.84

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

12 / 21 / 2018
MM / DD / YYYY

Debtor 1    LARRAINE D. ALLEN
            First Name    Middle Name        Last Name                    Case number (if known) 13-24461

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ *Guadalupe Valencia*                                    Date   04/29/2019
  Signature

Print    Guadalupe Valencia                                Title   Bankruptcy Specialist
         First Name        Middle Name       Last Name

Company    BSI Financial Services

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    7505 Irvine Center Drive, Suite 200
           Number            Street

           Irvine, California 92618
           City                          State        ZIP Code

Contact phone   (949) 201-4287                    Email gvalencia@bsifinancial.com